IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN SANDS, Co-Personal Representatives of the Estate of Beverly Jane Sands, deceased; JASON GOLDBERG, Co-Personal Representatives of the Estate of Beverly Jane Sands, deceased; and JOHN SANDS, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED CARDIOLOGY GROUP, L.L.C., BRYAN HEALTH, BRYAN MEDICAL CENTER, ZACHARY M. SINGSANK, D.O.; and ROBERT A. OAKES, M.D.;<br><br>Defendants. | **8:22CV72**<br><br>**ORDER** |

IT IS ORDERED:

1) The jury trial of this case is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **8:30 a.m.** on **October 15, 2024**, or as soon thereafter as the case may be called, for a duration of **six (6)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 23, 2024** at **1:30 p.m.**, and will be conducted by internet conferencing. Conferencing instructions will be provided by the court prior to the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by **12:00 p.m.** on **September 16, 2024.**

3)   Motions in limine and motions for pre-trial evidentiary hearings regarding the admissibility of evidence must be filed no later than twenty-eight (28) days before trial.

4)   All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of February, 2024.

                                              BY THE COURT:

                                              *s/ Jacqueline M. DeLuca*
                                              United States Magistrate Judge