IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN SANDS, Co-Personal Representatives of the Estate of Beverly Jane Sands, deceased; JASON GOLDBERG, Co-Personal Representatives of the Estate of Beverly Jane Sands, deceased; and JOHN SANDS, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED CARDIOLOGY GROUP, L.L.C., BRYAN HEALTH, BRYAN MEDICAL CENTER, ZACHARY M. SINGSANK, D.O.; and ROBERT A. OAKES, M.D.,<br><br>Defendants. | 8:22CV72<br><br>ORDER DISMISSING PARTIES |

This matter comes before the Court on the parties' Stipulation and Joint Motion to Dismiss Bryan Health, Bryan Medical Center, and Robert A. Oakes, M.D., with prejudice. Filing No. 63. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that Defendants Bryan Health, Bryan Medical Center, and Robert A. Oakes, M.D. be dismissed with prejudice with each party to bear their own costs. Defendants Integrated Cardiology Group, L.L.C., and Zachary M. Singsank, D.O. remain parties in this action.

Dated this 11th day of March, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge