IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN SANDS, Co-Personal Representatives of the Estate of Beverly Jane Sands, deceased; JASON GOLDBERG, Co-Personal Representatives of the Estate of Beverly Jane Sands, deceased; and JOHN SANDS, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED CARDIOLOGY GROUP, L.L.C., and ZACHARY M. SINGSANK, D.O.;<br><br>Defendants. | 8:22CV72<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation and Joint Motion to Dismiss filed by the parties in the above-entitled lawsuit, and the Court being fully advised in the premises:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled lawsuit is hereby dismissed, with prejudice, each party to pay its own costs, and complete record waived.

Dated this 5th day of March, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge